Case 2:13-cv-00064-BSM    Document 1    Filed 05/17/13    Page 1 of 5

FILED
HARRISBURG, PA
MAY 17 2013
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

United States District Court

for the Middle District of Pennsylvania

Frederick Banks, an American Indian,

    Plaintiff,

    v.                Civil Action No.

[Jury Trial Demanded]
[Evidentiary Hearing Requested]

One or More Unknown Named FCC Forrest City Low Compound Officers; 50 John/Jane Does. Federal Bureau of Prisons; Charles Samuels, Director; Attorney General of the United States: United States of America; FCC Forrest City Low Control: FCC Forrest City Low SIA; FCC Forrest City Low SIS; US Congressmen Mike Doyle; Robert A Brady; Chaka Fattah; Mike Kelly; Jason Altmire; Glenn Thompson; Jim Gerlach; Michael G. Fitzpatrick; Bill Shuster; Thomas A Marino; Lou Barletta; Mark Critz; Allyson Schwartz; Mike Doyle; Charles Dent; Joseph Pitts; Tim Holden; Tim Murphy; Todd Platts; Rick Crawford; Tim Griffin; Steve Womack; Mike Ross; US Senators; Richard Shelby; John McCain; John Boozman; Barbara Boxer; Michael F. Bennet; Richard Blumenthal; Christopher Coons; Marco Rubio; Johnny Isakson; Daniel K. Inouye; Mike Crapo; Mark Kirk; Dan Coats; Chuck Grassley; Jerry Moran; Rand Paul; David Vitter; Barbara Ann Mikulski; Roy Blunt; Harry Reid; Kelly Ayotte; Kirsten E. Gillibrand; Charles E. Schumer; Richard Burr; John Hoeven; Rob Portman; Jess Sessions; Joe Miller; Mark Begich; Mark Pryor; Tom Coburn; Ron Wyden; Pat Toomey; Boy Casey Jr.; Jim DeMint; Lindsey Grapham; John Thune; Tim Johnson; Mike Lee; Orrin G. Hatch; Patrick Leahy; Bernard Sanders; James H. Webb Jr.; Maria Cantwell; Patty Murray; Joe Manchin; John Raese; John D. Rockefeller; Herb Kohl; Ron Johnson; John Barrasso; Michael B.

Enzi; NEW YORK TIMES, ARKANSAS DEMOCRAT; PEOPLE; USA TODAY; WALL STREET JOURNAL; WALL MART; APPLE; MICROSOFT; CRICKET; THE WASHINGTON POST; TIME MAGAZINE; NEWSWEEK; NBC NEWS; CBS NEWS; ABC NEWS; NPR NEWS;                    Defendants.

COMPLAINT: PETITION FOR A WRIT OF MANDAMUS

Plaintiff Frederick Banks ("Banks") brings this complaint and petition for a writ of mandamus and moves the court for the following relief.

1. On or about May 1st through the 10th and continuing at FCC Forrest City Low the above named defendants who's names remain unknown implemented a terroristic and torturous vindictive campaign to harrass and theaten and destroy plaintiff's constitutional rights under the Due Process Clause and the Eighth Amendment. Plaintiff suffered actual injury because he was harrased twenty four hours a day and banged his arm on his bed several times after he awoke to hear defendant's harrassments.

2. The defendants have brainwave technology placed at the prison that can read and record the plaintiff's brain in real time and they have been doing so. Not only that they can speak to and harass plaintiff using this man made telepathy and have been doing so on a ever going consistent basis. The technology is controled from the control booth in the Special Housing Unit where Plaintiff was formally housed. The purpose of the harrassment is to prevent plaintiff from filing lawsuits on other matters against the forrest city federal prison.

3. The Defendant's activity constituted an illegal warrantless search without probably cause in violation of the

fourth amendment because it has nothing to do with the judgment imposed in the criminal case and it was not ordered by any federal judge. See USA v. Banks 03-245 & 04-176 (WDPA). Plaintiff has learned that defendants are using a version of an Electroencephalograph to record brainwaves which iminate from the brain of the plaintiff without having to implant any technology or place electrodes on the brain itself. The plaintiff's brainwaves and thoughts and memories as well as real time memories in the past and present are being monitored and not only that defendants infiltrated plaintiff's brain via real time using the machines that are placed on the compound.

4. Pursuant to the Constitutional Amendments violated above Plaintiff is entitled to damages against the above named defendants in the amount of One Hundred Billion Dollars along with costs, interest, and fees and punative damages totaling One Trillion Dollars in US Currency.

5. Plaintiff has a indisputable right to relief by way of mandamus to get defendants to cease their activity as well and the court should so order. Finally the court should order the US Attorney to present evidence of Plaintiff's criminal wrongdoing to a grand jury for their violations of Title 18 USC Conspiracy against rights.

WHEREFORE, Judgment should be entered against the agents all agents at FCC FOrrest City Low and the above named defendants along with costs, interests and fees. The Writ of Mandamus should be granted enjoining Defendants from this harrassing activity and the court should order the BOP to impose sanctions in an immediate and most effective manner. A hearing should be held the court should order a jury trial as

plaintiff so demands. The administrative remedy process is unavailable before Plaintiff's release date is June 4, 2013, counselor houston is on vacation and he according to the unit team is the only person Plaintiff can obtain remedies from and there is no time to process. Plaintiff is in danger of immediate harm because he is having nightnares based on defendant's actions and their speech will be perminately implanted in his brain.

Executed this 10th day of May, 2013 under the penalty for perjury.

*[signature]*

Frederick Banks

05711068

PO Box 9000

Forrest City, AR 72336


PLAINTIFF

Name: Frederick Banks
Reg # 05711-068
Federal Correctional Complex (LOW)
P.O. Box 9000-LOW
Forest City, AR 72336

Special Mail / Legal Mail

⇔05711-068⇔
Mary DAndrea
Clerk US Dist Court
PO Box 983
Harrisburg, PA 17108-0983
United States

RECEIVED
HARRISBURG, PA
MAY 17 2013
Per MARY E. D'ANDREA, CLERK

