IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK BANKS**                                                                 **PLAINTIFF**
**REG. #05711-068**

v.                           **CASE NO. 2:13CV00064 BSM/JTR**

**FEDERAL BUREAU OF PRISONS,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 29th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE